UNITED STATES GOVERNMENT
MEMORANDUM

RECEIVED
2008 FEB 29 A 9: 46
/s/ William Keith Watkins SHACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
1:08CM1445-WKW

| | |
|---|---|
| **DATE:** | February 26, 2008 |
| **TO:** | Honorable William Keith Watkins<br>U.S. District Judge |
| **FROM:** | Louis D. Johns, Jr.<br>U. S. Probation Officer<br>Dothan Office |
| **SUBJECT:** | DANNY LEE PULLIN<br>TRANSFER OF JURISDICTION |

Attached please find the Probation Form 22 on the above referenced defendant. He was originally sentenced in the District of Colorado and a copy of the Judgment is included. Pullin was reared in Alabama and was in Colorado due to employment. Pullin resides in Dothan, Alabama, and is currently supervised by this officer.

U.S. District Judge Lewis T. Babcock signed the transfer of jurisdiction on January 11, 2008. It is now being submitted for consideration by the Court. It is the recommendation of the Probation Office that transfer of jurisdiction be accepted by this district.

Respectfully submitted,

Louis D. Johns, Jr.
U.S. Probation Officer

enclosure