UNITED STATES GOVERNMENT
MEMORANDUM

RECEIVED

| | |
|---|---|
| **DATE:** | February 26, 2008 |
| **TO:** | Honorable William Keith Watkins *~~Shackett~~* ~~U.S. District Judge~~ <br> U.S. District Judge <br> 1:08CM1445-WKW |
| **FROM:** | Louis D. Johns, Jr. <br> U. S. Probation Officer <br> Dothan Office |
| **SUBJECT:** | DANNY LEE PULLIN <br> TRANSFER OF JURISDICTION |

2008 FEB 29 A 8:45

Attached please find the Probation Form 22 on the above referenced defendant. He was originally sentenced in the District of Colorado and a copy of the Judgment is included. Pullin was reared in Alabama and was in Colorado due to employment. Pullin resides in Dothan, Alabama, and is currently supervised by this officer.

U.S. District Judge Lewis T. Babcock signed the transfer of jurisdiction on January 11, 2008. It is now being submitted for consideration by the Court. It is the recommendation of the Probation Office that transfer of jurisdiction be accepted by this district.

Respectfully submitted,

Louis D. Johns, Jr.
U.S. Probation Officer

enclosure

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran. Court) 99-CR-23-B |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DANNY LEE PULLIN<br>425 SPRING STREET<br>APARTMENT 2<br>DOTHAN, AL 36303 | DISTRICT OF COLORADO | COLORADO SPRINGS |
| | NAME OF SENTENCING JUDGE | |
| | LEWIS T. BABCOCK, CHIEF U.S. DISTRICT JUDGE | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM SEPTEMBER 29, 2006 — TO SEPTEMBER 28, 2009 |

**OFFENSE**

ASSAULT, 18 USC 113 (a)(6)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF COLORADO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/11/08
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/5/08
Effective Date

_[signature]_
United States District Judge